# United States Court of Appeals
## For the First Circuit

No. 14-1988

TORREY HARRISON,

Plaintiff-Appellant,

v.

GRANITE BAY CARE, INC.,

Defendant-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on January 13, 2016 is amended as follows:

On page 21, line 2, replace [11] with [11].

On page 38, line 12, replace "judgement" with "judgment."